UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLEMENT D. WILSON,

        Plaintiff,                                    Case No. 1:07cv1132

v.                                                       Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

        Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on December 4, 2008. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 4, 2008, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that decision of the Commissioner is **REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g). On remand the Commissioner should re-evaluate plaintiff's RFC and his ability to perform other work in the national economy as required by Steps four and five of the sequential evaluation.

                                                                         /s/ Robert J. Jonker
                                                                         ROBERT J. JONKER
                                                                UNITED STATES DISTRICT JUDGE

DATED: January 14, 2009.